UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Timothy Nelson Reeves,

Plaintiff,

Civil No. 00-395 (RHK/ESS)

vs.

**ORDER**

Hoyt Brill, Officer Mr. Running and
John W. Suthers,

Defendants.

---

Plaintiff has filed timely Objections to the June 7, 2000 Report and Recommendation (R&R) of Magistrate Judge E.S. Swearingen; Judge Swearingen has recommended that the matter be dismissed pursuant to 28 U.S.C.§ 1915A(b)(1).

The undersigned has conducted the required de novo review of the objected to portions of the R&R. The review compels the conclusion that Judge Swearingen's proposed resolution of the issues before him is fully supported by the facts of the case and the applicable law. The R&R is thorough and well reasoned and will be adopted in its entirety.

Upon all the files, records and proceedings herein, including the above-referenced de novo review, **IT IS ORDERED**

1. The Objections (Doc. No. 30) are **OVERRULED**;

2. The Report & Recommendation (Doc. No. 29) is **ADOPTED**;

3. Plaintiff's Motion to Amend Complaint (Doc. No. 27) is **GRANTED**, and Plaintiff's proposed Second Amended Complaint shall be filed by the Clerk of Court;

FILED JUN 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 30 2000
DEPUTY CLERK

4. Plaintiff's Second Amended Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

5. Plaintiff's new Application to Proceed Without Prepayment of Fees (Doc. No. 28) is **DENIED AS MOOT**; and

6. This action is **DISMISSED**.

Dated: June 30, 2000

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JUN 30 2000

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995