# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Timothy Nelson Reeves

Plaintiff

v.

Hoyt Brill, Officer Mr. Running and John W. Suthers

Defendants

Case No. Civil 00-395 RHK/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The report and recommendation is adopted. Plaintiff's motion to amend complaint is granted and Plaintiff's proposed second amended complaint shall be filed by the clerk of court. Plaintiff's second amended complaint is dismissed. Plaintiff's new application to proceed without prepayment of fees is denied as moot. This action is dismissed.

DATE: June 30, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk